## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AURORA PUMP, a division of PENTAIR PUMP GROUP, INC., a Delaware corporation. | FILED: MAY 30, 2008 |
| v. | 08CV3138     DAJ |
| MCLEMORE PUMP, INC. | JUDGE CONLON |
| | MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AURORA PUMP, a division of PENTAIR PUMP GROUP, INC., a Delaware corporation.

| | |
|---|---|
| NAME (Type or print)<br>STEVEN B. CHAIKEN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ STEVEN B. CHAIKEN | |
| FIRM<br>ADELMAN & GETTLEMAN, LTD. | |
| STREET ADDRESS<br>53 W. JACKSON BLVD., SUITE 1050 | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272045 | TELEPHONE NUMBER<br>312-435-1050 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐