## United States District Court for the Northern District of Illinois

Case Number: 08CV3138   Assigned/Issued By: DAJ

Judge Name: CONLON   Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:* [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 4624003520

Date Payment Rec'd: 05/30/08   Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
_____
(Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
(Type of Writ)

_1_ Original and _0_ copies on _05/30/08_ as to _DEF._
(Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05