IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AURORA PUMP, a Division of PENTAIR PUMP GROUP, INC., | ) ) ) | Case No. 08-C-3138 |
| Plaintiff, | ) ) | Judge Conlon |
| v. | ) ) | Magistrate Judge Mason |
| MCLEMORE PUMP, INC. | ) ) ) | |
| Defendant. | ) | |

**Local Rule 3.2 Notification as to Affiliates of the Plaintiff**

Pursuant to Local Rule 3.2 of the Local Rules of the United States District Courts of Northern Illinois, Aurora Pump, a Division of Pentair Pump Group, Inc. (the "Plaintiff") hereby submits its Notification as to Affiliates and states that it is an Affiliate of Pentair, Inc., a publicly traded company.

Dated: June 16, 2008

                        Aurora Pump, a Division of Pentair Pump Group, Inc.

                        By:  /s/ David D. Ritter
                               One of Its Attorneys

DAVID D. RITTER, ESQ. (Texas Bar No. 00791534 - pro hac vice motion filed herewith)
KANE RUSSELL COLEMAN & LOGAN PC
1601 Elm Street
3700 Thanksgiving Tower
Dallas, Texas 75201
Tel: 214-777-4200
Fax: 214-777-4299

Lead Counsel for Aurora Pump, a Division of Pentair Pump Group, Inc.

STEVEN B. CHAIKEN, ESQ. (ARDC #6272045)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
Tel: 312-435-1050
Fax: 312-435-1059

Local Counsel for Aurora Pump, a Division of Pentair Pump Group, Inc.