# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08C3138

Applicant:
AURORA PUMP, A DIVISION OF PENTAIR PUMP GROUP, INC.
vs.
Protestants:
MCLEMORE PUMP, INC.

For:
Steven B. Chaiken
ADELMAN & GETTLEMAN, LTD
53 West Jackson Blvd.
Suite 1050
Chicago, IL 60604

Received by HG LITIGATION SERVICES to be served on MCLEMORE PUMP, INC. C/O J.R. MCLEMORE, REGISTERED AGENT, 6345 DOWNING STREET, DENVER, CO 80216.

I, Brian M. Olds, do hereby affirm that on the 17th day of June, 2008 at 10:05 am, I:

served a REGISTERED AGENT by delivering a true copy of the SUMMONS IN A CIVIL CASE and COMPLAINT with the date and hour of service endorsed thereon by me, to: JIM MCLEMORE as Registered Agent at the address of: 6345 DOWNING STREET, DENVER, CO 80216 on behalf of MCLEMORE PUMP, INC., and informed said person of the contents therein, in compliance with state statutes.

I certify that I am a citizen of Colorado, over the age of 18 and have no interest in, nor am I a party to the above action. I also declare under penalty of perjury under the laws of the United States of America and the State of Colorado that the foregoing information contained in this affidavit is true and correct to the best of my knowledge.

Brian M. Olds

HG LITIGATION SERVICES
2501 Oak Lawn Ave
Suite 600
Dallas, TX 75219
(214) 521-1188
Our Job Serial Number: 2008000205

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

AURORA PUMP, a division of PENTAIR PUMP GROUP, INC., a Delaware corporation,

V.

MCLEMORE PUMP, INC., a Colorado corporation.

CASE NUMBER: **08 C 3138**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE CONLON
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

McLemore Pump, Inc.
c/o J.R. McLemore - registered agent
6345 Downing Street
Denver, Colorado 80216

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven B. Chaiken
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 30, 2008
Date